**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DAVID ANTHONY BOLINI, | ) | NO. CV 10-4018-GAF(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| LARRY SMALL, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that: (1) the Petition is denied and dismissed with prejudice; and (2) Petitioner's "Motion for an Evidentiary Hearing, etc." is denied as moot.

DATED: April 27, 2011.

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE